UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES<br>Plaintiff(s)<br>v.<br>AMERICAN AIRLINES, INC.<br>Defendant(s) | CASE No. 3:19-CV-5754-WHO<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DATE OF<br>HEARING AND RELATED FILINGS |

Counsel report that they have met and conferred and have reached the following stipulation pursuant FRCP 7, CIV. L-R 7-1, 7-2. The parties agree to continue the date of hearing on Defendant's Motion to Dismiss, to Strike, or for a More Definite Statement from November 6, 2019, to December 4, 2019. The parties agree Plaintiff's Response shall be due on November 8, 2109, and Defendant's Reply shall be due on November 15, 2019. The parties agree to accept electronic service.

Date: October 4, 2019

_____
Plaintiff in *Pro Per*

Date: October 4, 2019

_____
Attorney for Defendant
Adam C. Hackett

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: October 9, 2019

_____
U.S. DISTRICT COURT JUDGE