UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES<br>　　　　　Plaintiff(s)<br><br>v.<br><br>AMERICAN AIRLINES, INC.<br>　　　　　Defendant(s) | CASE No. 3:19-CV-5754-WHO<br><br>STIPULATION AND<br>ORDER CONTINUING DATE OF<br>HEARING AND RELATED FILINGS |

Counsel report that they have met and conferred and have reached the following stipulation pursuant FRCP 7, CIV. L-R 7-1, 7-2. The parties agree to continue the date of hearing on Defendant's Motion to Dismiss, to Strike, or for a More Definite Statement from December 4, 2019, to February 28, 2020. The parties agree Plaintiff's Response shall be due on February ~~7~~ 5, 2020, and Defendant's Reply shall be due on February ~~14~~ 12, 2020. The parties agree and request that the Case Management Conference be move to March ~~17~~ 24, 2020. The parties agree to accept electronic service.

Date: November 5, 2019

　　　　　_E. Karnazes_
　　　　　Plaintiff in *Pro Per*

Date: November 5, 2019

　　　　　_Tina U Mangapa_
　　　　　Attorney for Defendant

☐ IT IS SO ORDERED.
☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:
Response: 2/5/2020, Reply: 2/12/2020, CMC: 3/24/2020

DATE: November 12, 2019　　　　　_W. H. Oe_
　　　　　U.S. DISTRICT COURT JUDGE