# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 19-cv-05754-WHO<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 13 |

On September 13, 2019, defendant American Airlines, Inc. ("American Airlines") removed this case from the San Francisco County Superior Court. Dkt. No. 1. On September 20, 2019, American Airlines filed a motion to dismiss plaintiff Elizabeth Karnazes' First Amended Complaint. Dkt. No. 13.

On October 9, 2019, I granted the parties' stipulation to continue the hearing date on American Airline's motion to dismiss to December 4, 2019. Dkt. No. 19. On November 12, 2019, I granted the parties' second stipulation to continue the hearing date to February 26, 2020 and moved Karnazes' response deadline to February 5, 2020 and American Airline's reply deadline to February 12, 2020. Dkt. No. 24. Karnazes was sent notices about these date changes by both the Clerk and American Airlines. Dkt. Nos. 27, 30. She has not opposed the motion or otherwise communicated with the court regarding this case.

Karnazes is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. She shall respond to this Order by filing an opposition to the motion to dismiss no later than February 26, 2020. If she opposes, American Airlines may file replies on or before March 4, 2020. The hearing on American Airline's motion to dismiss is reset for March 18, 2020 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco,

California.

Failure to comply with this Order will lead to dismissal of this case. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: February 11, 2020



William H. Orrick
United States District Judge