UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KARNAZES,<br>    Plaintiff,<br>    v.<br>AMERICAN AIRLINES, INC.,<br>    Defendant. | Case No. 19-cv-05754-WHO<br><br>**ORDER GRANTING MOTION TO SEAL EXHIBITS AND SUBSEQUENT ORDER ON MOTION TO STAY**<br><br>Re: Dkt. Nos. 44, 45, 47 |

On June 26, 2020, I denied pro se plaintiff Elizabeth Karnazes' motion to stay and gave her one last opportunity to oppose defendant American Airlines, Inc.'s ("American Airlines") motion to dismiss by July 29, 2020. Dkt. No. 43. On July 17, 2020, Karnazes filed a request to seal the letter of her physician that she submitted along with her previous motion to stay as it contains her detailed health care information. Dkt. No. 44.[1] Her request to seal documents submitted in Dkt. No. 42 is GRANTED.

Karnazes also submits new documents in effort to stay this case until December 2020. These documents provide more details and show specific dates for her upcoming medical procedures. Dkt. No. 47. Her physician recommends that she be excused until the end of October 2020. Karnazes also claims that she plans to amend her complaint and retain counsel to represent her, but is too ill to do so right now.

Notwithstanding my threat to dismiss this case, which has languished far too long, given the exigent circumstance corroborated by Karnazes' supplemental documents, I GRANT her

---

[1] Karnazes claims that these documents were received before I issued my previous order on June 26, 2020, but they were uploaded after I issued my order. Now that Karnazes has registered as an ECF user, I do not anticipate this being a problem anymore.

motion to stay this case until December 23, 2020.  If Karnazes fails to file an opposition to American Airline's pending motion to dismiss by December 23, 2020, then I will dismiss her case without prejudice for failure to prosecute.

Karnazes also filed another application to proceed in forma pauperis ("IFP").  Dkt. No. 45.  As I said the last time she submitted an IFP application on February 28, 2020, an IFP application is not needed given that this case was removed from San Francisco Superior Court by American Airlines and the $400 filing fee has already been submitted.  Dkt. No. 35.  Her application is DENIED as moot.

**IT IS SO ORDERED.**

Dated: July 21, 2020



William H. Orrick
United States District Judge